ler against the Rochester Fertilizer Works. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal.

MINER, Appellant, v. CHALKER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 28, 1906.) Action by Charles J. Miner against Jacob Chalker.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents.

In re MINGEY. (Supreme Court, Appellate Division, First Department. December 7, 1906.) In the matter of Lawrence P. Mingey, an attorney. No opinion. Motion granted, and respondent disbarred. Settle order on notice.

In re MITCHELL et al. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) In the matter of the judicial settlement of the second account of Edward Mitchell and Grosvenor S. Hubbard, as executors, etc., of Benjamin D. Silliman, deceased. No opinion. Final decree of the Surrogate's Court of Kings County affirmed, with costs.

MOORE, Appellant, v. WESTCHESTER ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Mary Moore against the Westchester Electric Railroad Company.

PER CURIAM. Judgment and order of the County Court of Westchester County affirmed, with costs.

WOODWARD and HOOKER, JJ., dissent.

In re MORRIS. (Supreme Court, Appellate Division, First Department. November 16, 1906.) In the matter of Henry Judson Morris, an attorney. No opinion. Motion to confirm referee's report granted, and respondent disbarred.

MORAN, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by William B. Moran, as administrator, against the Interurban Street Railway Company. C. F. Brown, for appellant. G. D. Lamb, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MORGAN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Action by George Morgan against the city of New York. A. Ledwith, for appellant. T. Connoly, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

NADLER v. NADLER. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Samuel Nadler against

Sadie Nadler. No opinion. Motion to dismiss appeal denied, on payment of $10 costs. Order filed.

NATIONAL CONTRACTING CO. v. HUDSON RIVER WATER POWER CO. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Action by the National Contracting Company against the Hudson River Water Power Company. No opinion. Motion denied. Order filed.

NEWTON, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Emily Newton against the board of education of the city of New York. No opinion. Judgment unanimously affirmed, with costs.

NEW YORK LIFE INS. & TRUST CO., Respondents, v. SANDS et al., Appellants. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by the New York Life Insurance & Trust Company, as trustee, against Letitia S. Sands and others. W. C. De Witt, for appellants. M. Stearns, for respondents. No opinion. Judgment affirmed, without costs. Order filed.

NEW YORK & PENNSYLVANIA CO., Appellant, v. ELLIS, Respondent. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by the New York & Pennsylvania Company against Arnold H. Ellis. No opinion. Judgment unanimously affirmed, with costs.

NIMPHIUS v. NIMPHIUS. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Mathilda Nimphius against Henry Nimphius. No opinion. Order modified by reducing allowance for alimony to $20 per week, and allowance for counsel fee to $250, and, as modified, affirmed, without costs.

NOACK, Respondent, v. CITY OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Bernhardt J. Noack against the city of Troy. No opinion. Judgment and order unanimously affirmed, with costs.

NOBLE, Respondent, v. E. F. BLACKFORD Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Action by William K. Noble against the E. F. Blackford Company. No opinion. Judgment and order affirmed, with costs.

NOLAN, Respondent, v. KLENCKE, Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Peter E. Nolan against Emma K. Klencke. No opinion. Judgment of the Municipal Court affirmed, with costs.

NOLAN, Respondent, v. SHARKEY, Appellant. (Supreme Court, Appellate Division, Sec-